IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC D. RICE,

    Petitioner,               No. CIV S-02-0848 GEB JFM P

    vs.

CHERYL PLILER, Warden,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's August 16, 2005, denial of his application for a writ of habeas corpus together with a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). Petitioner seeks a certificate of appealability on his claim that his due process rights were violated because he was incompetent when tried and convicted and on his claim that his rights to due process and a fair trial were violated by an instruction that jurors should report "hold-outs" to the court.

1

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right with respect to his mental competence claim. Petitioner has not, however, made the requisite showing with respect to his jury instruction claim. <u>See</u> <u>Brewer v. Hall</u>, 378 F.3d 952, 956 (9th Cir. 2004).

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is granted with respect to his claim that his due process rights were violated by

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, 290 F.3d at 1010.

2

1  trial and conviction while he was mentally incompetent and denied
2  with respect to his jury instruction claim.
3  Dated:  August 17, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge